1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )   Case No. 74CR1728-AJB
                                    )
11                    Plaintiff,    )   JUDGMENT AND ORDER OF DISMISSAL
                                    )   OF INDICTMENT AND RECALL ARREST
12        v.                        )   WARRANT
                                    )
13   ROBERT BENJAMIN GURNEY,        )
                                    )
14                    Defendant.    )
     _____)

15

16        Upon motion of the UNITED STATES OF AMERICA and good cause

17   appearing,

18        IT IS HEREBY ORDERED that the indictment in the above entitled

19   case be dismissed without prejudice, and the arrest warrant be

20   recalled.

21        IT IS SO ORDERED.

22   DATED:  October 31, 2012

23                                  _____
                                    Hon. Anthony J. Battaglia
24                                  U.S. District Judge

25
26
27
28